**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7099**

DAVID WILLIAM CONN,

             Plaintiff - Appellant,

        v.

KENNETH E. STOLLE, Sheriff; THOMPSON, Captain; BISHOP,
Sergeant; APFEL, Corporal; JAIL STAFF; GLEASON, Deputy
Sheriff; FREE, Colonel; SCHUSTER, Chief,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge. (1:11-cv-00758-CMH-TCB)

Submitted: December 6, 2011          Decided: January 5, 2012

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David William Conn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David William Conn appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conn v. Stolle, Case No. 1:11-cv-00758-CMH-TCB (E.D. Va. Aug. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2